PLEVA, by guardian *ad litem,* Respondent, vs. MILWAUKEE
ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

*January 12—February 7, 1933.*

For the appellant there was a brief by *Shaw, Muskat &
Paulsen* of Milwaukee, and oral argument by *Carl Muskat.*

For the respondent there was a brief by *Hammersley &
Torke* of Milwaukee, and oral argument by *Charles Ham-
mersley.*

FRITZ, J.    This case involves the same facts and ques-
tions of law as in the companion case of *Zilles v. Milwaukee
Electric Railway & Light Co.,* which is decided herewith
(*ante,* p. 564, 246 N. W. 693).    The decision in that case
rules this case.

*By the Court.*—Judgment affirmed.